

Case 5:23-cv-03300-BLF   Document 21-1   Filed 09/05/23   Page 1 of 2

1 | WILLIAM FRENTZEN (CA SBN 343918)
    WFrentzen@mofo.com
2 | CRAIG D. MARTIN (CA SBN 168195)
    CMartin@mofo.com
3 | HANNA M. LAURITZEN (CA SBN 339895)
    HLauritzen@mofo.com
4 | MORRISON & FOERSTER LLP
    425 Market Street
5 | San Francisco, CA 94105-2482
    Telephone:   415.268.7000
6 | Facsimile:    415.268.7522

7 | NICOLE K. SERFOSS (admitted *pro hac vice*)
    NSerfoss@mofo.com
8 | MORRISON & FOERSTER LLP
    4200 Republic Plaza
9 | 370 Seventeenth Street
    Denver, CO 80202-5638
10 | Telephone:   303.592.1500
     Facsimile:    303.592.1510
11 |
     Attorneys for Defendant
12 | VIDUL PRAKASH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 5:23-cv-03300-BLF |
|---|---|
| Plaintiff, | RELATED CASE: |
| v. | Case No. 5:21-cv-06374-BLF |
| VIDUL PRAKASH, | **DECLARATION OF HANNA M. LAURITZEN IN SUPPORT OF DEFENDANT VIDUL PRAKASH'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| Defendant. | Judge:  Hon. Beth Labson Freeman<br>Date:   January 25, 2024<br>Time:   9:00 a.m.<br>Ctrm:   3 |


LAURITZEN DECL. ISO MOTION TO DISMISS                                   CASE NO.: 5:23-CV-03300-BLF

I, HANNA M. LAURITZEN, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am an associate with the law firm of Morrison & Foerster LLP, counsel for Defendant Vidul Prakash. I have personal knowledge of the matters stated in this declaration. I could and would testify competently about the following if called to do so.

2. Attached as **Exhibit A** is a true and correct copy of CF Finance Acquisition Corp. II's ("CF II") Form S-4, as filed with the SEC on December 23, 2020.

3. Attached as **Exhibit B** is a true and correct copy of CF II's Amendment No. 1 to Form S-4, as filed with the SEC on January 25, 2021.

4. Attached as **Exhibit C** is a true and correct copy of CF II's Prospectus, as filed with the SEC on February 16, 2021.

5. Attached as **Exhibit D** is a true and correct copy of View, Inc.'s ("View") Form 8-K, as filed with the SEC on March 12, 2021.

6. Attached as **Exhibit E** is a true and correct copy of View's Form 10-K, as filed with the SEC on June 15, 2022.

7. Attached as **Exhibit F** is a true and correct copy of the transcript published by S&P Global of View's Fiscal Year 2021 Earnings Call that took place on May 31, 2022.

8. Attached as **Exhibit G** is a true and correct copy of the SEC's July 3, 2023, press release titled, "SEC Charges 'Smart' Window Manufacturer, View Inc., with Failing to Disclose $28 Million Liability."

9. Attached as **Exhibit H** is a true and correct copy of the SEC's July 3, 2023, Order Instituting Cease-and-Desist Proceedings against View, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in San Francisco on the 5th day of September, 2023.

_____
HANNA M. LAURITZEN