| | |
|---|---|
| 1 | WILLIAM FRENTZEN (CA SBN 343918) |
| | WFrentzen@mofo.com |
| 2 | CRAIG D. MARTIN (CA SBN 168195) |
| | CMartin@mofo.com |
| 3 | HANNA M. LAURITZEN (CA SBN 339895) |
| | HLauritzen@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, CA 94105-2482 |
| | Telephone:    415.268.7000 |
| 6 | Facsimile:     415.268.7522 |
| 7 | NICOLE K. SERFOSS (admitted *pro hac vice*) |
| | NSerfoss@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
| | 4200 Republic Plaza |
| 9 | 370 Seventeenth Street |
| | Denver, CO 80202-5638 |
| 10 | Telephone:    303.592.1500 |
| | Facsimile:     303.592.1510 |
| 11 | |
| 12 | Attorneys for Defendant |
| | VIDUL PRAKASH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 5:23-cv-03300-BLF |
| Plaintiff, | RELATED CASE: |
| v. | Case No.: 5:21-cv-06374-BLF |
| VIDUL PRAKASH, | **[PROPOSED] ORDER GRANTING DEFENDANT VIDUL PRAKASH'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| Defendant. | Judge:   Hon. Beth Labson Freeman |
| | Date:    January 25, 2024 |
| | Time:    9:00 a.m. |
| | Ctrm:    3 |

[PROPOSED] ORDER GRANTING MOTION TO DISMISS          CASE NO.: 5:23-CV-03300-BLF

**[PROPOSED] ORDER**

Defendant Vidul Prakash has moved the Court, pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiff's Complaint, filed on July 3, 2023.

The matter came on for hearing on January 25, 2024, at 9:00 a.m. Having considered all the papers filed by the parties in connection with Defendant's Motion to Dismiss and the parties' arguments at the hearing on this matter, Defendant's motion is GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE in its entirety.

IT IS SO ORDERED this ___ day of _____, 2024.

_____
Honorable Beth Labson Freeman
United States District Judge