MONIQUE C. WINKLER (Cal. Bar No. 213031)
SUSAN F. LAMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
THEIS FINLEV (Cal. Bar No. 264879)
  finlevt@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV-23-3300-BLF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. | |
| VIDUL PRAKASH, | |
| Defendant. | |

Plaintiff Securities and Exchange Commission ("SEC") and Defendant Vidul Prakash ("Prakash") hereby stipulate to the following briefing schedule and ask the Court to enter the Proposed Order:

**STIPULATION**

WHEREAS, on July 3, 2023, the plaintiff SEC filed its complaint in this case, and defendant Prakash thereafter waived service of the summons;

WHEREAS, on September 5, 2023, Prakash filed his Motion to Dismiss the complaint (ECF No. 21), and the motion hearing date is scheduled for January 25, 2024. Currently, the SEC's response to the motion must be filed no later than September 19, 2023, and Prakash's

reply is due to be filed September 26, 2023;

WHEREAS, the parties have agreed to the following briefing schedule, which will permit for additional time in which to file their respective response and reply, but which will not change or impact the above hearing date.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. The SEC's Response to Prakash's Motion to Dismiss Plaintiff's Complaint shall be filed no later than October 10, 2023; and

2. Prakash's Reply in Support of the Motion to Dismiss Plaintiff's Complaint shall be filed no later November 7, 2023.

IT IS SO STIPULATED.

DATED: September 13, 2023

/s/ *Susan F. LaMarca*
Susan F. LaMarca
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

*/s/ William Frentzen*
William Frentzen
MORRISON & FOERSTER LLP
Attorney for Defendant
Vidul Prakash

### [PROPOSED] ORDER

Pursuant to the above Stipulation, IT IS SO ORDERED.

DATED: September 13, 2023

The Honorable Beth Labson Freeman
United States District Judge