1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

| | |
|---|---|
| Securities And Exchange Commission, | Case No.  23-cv-03300-BLF |
| Plaintiff, | |
| v. | **NOTICE OF APPOINTMENT OF MEDIATOR** |
| Vidul Prakash, | |
| Defendant | |

14 TO COUNSEL OF RECORD:

15   The court notifies the parties and counsel that the Mediator assigned to this case is:

16
17
18
19

    H. Jay Folberg
    JAMS
    Two Embarcadero Center, 15th Fl.
    San Francisco, CA 94111
    415-774-2615
    jfolberg@jamsadr.com

20   Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs

21 the Mediation program. The mediator will schedule a joint phone conference with counsel under

22 ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R.

23 6-4 or the court order referring this action to mediation.

24
25
26
27
28

**Notice of Appointment of Mediator**
23-cv-03300-BLF

1

2          Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7

3     shall NOT be filed with the court.

4

5     Dated: January 24, 2024

6

7                                         MARK B. BUSBY
                                          Clerk of Court
8                                         by:  Alice M. Fiel

9

10    _____

11                                        ADR Program Case Administrator
                                          415-522-3148
12                                        alice_fiel@cand.uscourts.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**Notice of Appointment of Mediator**
23-cv-03300-BLF                           2