UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>VIDUL PRAKASH,<br><br>Defendant. | Case No. 23-cv-03300-BLF (SVK)<br><br>**ORDER FOR PRODUCTION OF INTERVIEW NOTES**<br><br>Re: Dkt. No. 63, 69 |

This Order follows the Court's *in camera* review of SEC interview notes of Daniel Purdy pursuant to its Order Directing Submission of Documents for *In Camera* Review ("Prior Order"). Dkt. 69. In the Prior Order, the Court reasoned that although the interview notes are work product, Defendant Prakash had demonstrated a substantial need for their production if the key issue of "all costs/case-by-case" is reflected in the notes. *Id.* at 3. The Court's *in camera* review confirms that the relevant subject matter is reflected in the notes and that the notes reflect fact work product, not opinion work product.

Accordingly, for the reasons set forth in the Prior Order and pursuant to *in camera* review, the Court **ORDERS** that the notes produced to the Court, "Former SEC Atty Notes Part 1," "Former SEC Atty Notes Part 2," "SEC Accountant Notes," and "SEC Paralegal Notes" shall be produced to Defendant Prakash forthwith, with the highlighting provided for the Court pursuant to the Prior Order.

**SO ORDERED.**

Dated: March 18, 2025

SUSAN VAN KEULEN
United States Magistrate Judge