UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>VIDUL PRAKASH,<br><br>Defendant. | Case No. 5:23-cv-03300-BLF<br><br>**ORDER GRANTING IN PART AS MODIFIED AND DENYING IN PART WITHOUT PREJUDICE JOINT STIPULATION** |

The Parties have submitted a Joint Stipulation to Enlarge Time to Complete Fact Discovery and Modify Case Schedule. Dkt. No. 94 ("Stip."). In the Stipulation, the Parties have incorrectly listed the dates set for hearing dispositive motions and for trial. *See* Dkt. No. 50.

The Court can move the hearing date for dispositive motions from September 25, 2025, *see* Dkt. No. 50, to **October 9, 2025**, and the Court advises the Parties that they must file their reply briefs no later than three (3) weeks before the hearing date. The Court will adopt the Parties' proposed dates for Fact Discovery Cutoff, Disclosure of Experts and Written Reports, Disclosure of Rebuttal Experts and Reports, and Expert Discovery Cutoff. *See* Stip. at 2. The Court will ***not*** adopt the Parties' proposed dispositive motion briefing schedule, although the Parties are welcome to file a revised stipulated briefing schedule based upon the new dispositive motion hearing date of October 9, 2025.

The Court also notes that trial in this matter is set for **February 23, 2026**. *See* Dkt. No. 50. The Parties' stipulation erroneously lists February 18, 2026 as the trial date.

**IT IS SO ORDERED.**

Dated: March 21, 2025

_____
BETH LABSON FREEMAN
United States District Judge