1  JASON H. LEE (Cal. Bar No. 253140)
   JASON M. BUSSEY (Cal. Bar No. 227185)
2    busseyja@sec.gov
   ANDREW J. HEFTY (Cal. Bar No. 220450)
3    heftya@sec.gov
   DREW LIMING (Cal. Bar No. 305156)
4    limingd@sec.gov
   JACQUES JORDAN LAMOTHE (Cal. Bar
5  No. 321560)
     lamothej@sec.gov
6  44 Montgomery Street, Suite 700
   San Francisco, CA 94104
7  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501
8
   DAVID A. NASSE (DC Bar No. 1002567)
9    nassed@sec.gov
   PATRICK R. COSTELLO (Fl. Bar No.
10 75034)
     costellop@sec.gov
11 100 F Street NE
   Washington, DC 20549
12
   Attorneys for Plaintiff
13 SECURITIES AND EXCHANGE
   COMMISSION

   WILLIAM FRENTZEN (CA SBN 343918)
   WFrentzen@mofo.com
   CRAIG D. MARTIN (CA SBN 168195)
   CMartin@mofo.com
   HANNA M. LAURITZEN (CA SBN 339895)
   HLauritzen@mofo.com
   KATHERINE MOLYNEUX (CA SBN 341452)
   KMolyneux@mofo.com
   MORRISON & FOERSTER LLP
   425 Market Street
   San Francisco, CA 94105-2482
   Telephone:   415.268.7000
   Facsimile:   415.268.7522

   JAMES R. HANCOCK (CA SBN 293786)
   JHancock@mofo.com
   MORRISON & FOERSTER LLP
   755 Page Mill Road
   Palo Alto, CA 94304-1018
   Telephone:  650.813.5600
   Facsimile: 650.494.0792

   NICOLE K. SERFOSS (admitted *pro hac vice*)
   [obscured by stamp]

   Attorneys for Defendant
   VIDUL PRAKASH

APPROVED
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>VIDUL PRAKASH,<br><br>Defendant. | Case No.: 5:23-cv-03300-BLF<br><br><u>RELATED CASE:</u><br><br>Case No. 5:21-cv-06374-BLF<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL AND RELEASES** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Securities and Exchange Commission ("SEC") and Defendant Vidul Prakash ("Prakash") respectfully submit this Joint Stipulation for Voluntary Dismissal and Releases stipulating to the dismissal with prejudice of all claims against Prakash.

**WHEREAS,** the SEC filed its Complaint in this civil enforcement action (the "Litigation") on July 3, 2023 (ECF 1);

**WHEREAS,** the SEC, in its discretion and based on the facts and circumstances of this case and its ongoing review of the evidence, including evidence developed in discovery, has agreed to voluntarily dismiss, with prejudice, all claims against Prakash;

**WHEREAS,** the SEC's decision to seek dismissal of the claims against Prakash does not reflect the SEC's position on any other case;

**WHEREAS,** the SEC and Prakash wish to resolve all outstanding issues by entering into this Joint Stipulation for Voluntary Dismissal and Releases;

**THEREFORE,** in consideration of the above, it is hereby agreed by and between the SEC and Prakash as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the SEC and Prakash stipulate that the Litigation be dismissed with prejudice as to the conduct alleged in the Complaint, and without costs or fees to any party.

2. Prakash, for himself and any of his agents, attorneys, employees, or representatives, hereby waives and releases:

    a. Any and all rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended by Prakash that in any way relate to the Litigation, including but not limited to investigative steps taken prior to commencing the Litigation.

  b. Any and all claims, demands, rights, and causes of action of every kind and nature, asserted or unasserted, against the SEC and its present and former officers or employees that arise from or in any way relate to the Litigation, including but not limited to investigative steps taken prior to commencing the Litigation.

3. Prakash represents and warrants that in entering into and executing this Joint Stipulation for Voluntary Dismissal and Releases (a) he has relied on his own investigation and his own counsel; (b) he has been given a reasonable period of time within which to consider the terms and conditions of this Joint Stipulation for Voluntary Dismissal and Releases and has consulted with counsel regarding its terms and conditions; and (c) he has voluntarily entered into this Joint Stipulation for Voluntary Dismissal and Releases without duress, coercion, or undue influence.

4. Each of the undersigned represents that they have the authority to execute this Joint Stipulation for Voluntary Dismissal and Releases on behalf of the party so indicated.

Dated: January 29, 2026    Respectfully submitted,

*Jason Bussey*
Jason M. Bussey
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

*Craig Martin*
Craig D. Martin
MORRISON & FOERSTER LLP
Attorney for Defendant Vidul Prakash